No. 04–6428. IN RE EDELMANN;
No. 04–6456. IN RE PAYNE;
No. 04–6462. IN RE VIVERO; and
No. 04–6491. IN RE CAIN ET AL. Petitions for writs of habeas corpus denied.

No. 04–5903. IN RE EDMOND. Petition for writ of mandamus denied.

No. 04–6116. IN RE BELLON. Petition for writ of mandamus and/or prohibition denied.

No. 04–5293. DECK v. MISSOURI. Sup. Ct. Mo. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 03–1635. SHAFFER v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–10414. COCKRELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10539. TROCHES v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10546. DOBYNES v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10695. SMALLS v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–51. HOWARD ET AL. v. SOUTHERN ILLINOIS RIVERBOAT/CASINO CRUISES, INC., DBA PLAYERS ISLAND CASINO, ET AL. C. A. 7th Cir. Certiorari denied.